AO 440 (Rev. 06/12) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | JAMES DONNELLY |
| TITLE: | PROCESS SERVER |
| | DATE: 10/13/2018 1:09:36 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

SGT. EDMUND MOONEY

Place where served:

255 OAK AVENUE   TOMS RIVER  NJ  08753

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SGT. RUIZ

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____     SERVICES $ _____ . ____     TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 15 / 20 18                                                             L.S.

SIGNATURE OF JAMES DONNELLY
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/15/18

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2020

| | |
|---|---|
| ATTORNEY: | ROBERT M. ANDERSON, ESQ. |
| PLAINTIFF: | MIQUENEL ALTIDOR, INDIVIDUALLY, ET AL |
| DEFENDANT: | TOMS RIVER POLICE DEPARTMENT, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 3 18 CV 14834 MAS DEA |
| COMMENT: | |