ESCANDON, FERNICOLA, ANDERSON & COVELLI, L.L.C.
301 Main Street, Suite 3
Allenhurst, New Jersey 07711
(732) 663-1920
(732) 663-0011 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIQUENEL ALTIDOR, individually, and MITCHNAIDINE ALTIDOR and ASHLEY ALTIDOR by their *guardian ad litem*, MIQUENEL ALTIDOR<br><br>Plaintiff,<br><br>vs.<br><br>TOMS RIVER POLICE DEPARTMENT, TOWNSHIP OF TOMS RIVER, SGT. EDMUND MOONEY, PTL. MATTHEW CROSTA, PTL. GARRET HENSHAW, PTL. ANTHONY PACELLA, PTL. PASCEL GAMBARDELLA, JOHN DOE POLICE OFFICERS 1-10, JANE DOE POLICE OFFICERS 1-10, JOHN DOE CHIEF and SUPERVISORS 1-10, (such names being fictitious), ABC POLICE DEPARTMENTS 1-10, ABC COMPANIES 1-10, (such entities being fictitious)<br><br>Defendants. | DOCKET NO. 3:18-cv-14834-MAS-DEA<br><br><br><br>PLAINTIFF'S ANSWER TO COUNTERCLAIM |

Plaintiff, Miquenel Altidor, responds to Counterclaims propounded by the Law Office of Gilmore and Monahan, on behalf of defendants as follows:

1. Denied.

2. Denied, as the Defendant's assertion is a statement of law and not fact.

1

Dated: November 16, 2018
By: /s/ ROBERT M. ANDERSON

Escandon, Fernicola, Anderson & Covelli
Attorney for Plaintiff
301 Main Street, Suite 3
Allenhurst, New Jersey 07711