# ESCANDON, FERNICOLA, ANDERSON & COVELLI
## ATTORNEYS AT LAW

561 Broadway, Suite 2  
Bayonne, New Jersey, 07002

301 Main Street, Suite 3  
Allenhurst, New Jersey 07711  
Tel: 732- 663-1920 • Fax: 732- 663-0011  
•Reply to Allenhurst office

204 Court House Lane, Suite 202  
Toms River, New Jersey 08753

---

ROBERT C. FERNICOLA  
rfernicola@efalawfirm.com

ROBERT M. ANDERSON*†  
randerson@efalawfirm.com

VICTOR M. COVELLI**  
vcovelli@efalawfirm.com

BERNARD P. ESCANDON  
1914 – 1996

SCOTT M. MCPHERSON  
smcpherson@efalawfirm.com

ROBERT W. SLOMICZ  
Rslomicz@efalawfirm.com

MICHAEL F. O'CONNOR  
OF COUNSEL

MAGGI S. KHALIL MAKSOUD  
OF COUNSEL

January 16, 2019

Magistrate Douglas E. Arpert  
U. S. District Court  
Clarkson S. Fisher Federal Bldg. & U. S. Courthouse  
402 E. State Street  
Trenton, NJ  08608

          Re:  Miquenel Altidor vs. Toms River Police Dept., et al  
             Case 3:18-cv-14834-MAS-DEA  
             Our File #14864

Dear Magistrate Arpert:

This office represents the plaintiff in connection with the above matter which is scheduled for an Initial Conference on January 22, 2019.

Please be advised I am scheduled to take my daughter back to college out of state on that date and respectfully request an adjournment of this Conference. My office has no other coverage. My adversary has consented to this request.

Thank you for your cooperation in this matter.

                                Respectfully,

                                ROBERT M. ANDERSON

RMA:jd

CC:  Thomas E. Monahan, Esquire

---

*Certified by The Supreme Court of New Jersey as a Civil Trial Attorney      **Admitted to the PA and CA Bar      † Member of the Million Dollar Advocates Forum

**Janet Donovan**

---

**From:** Robert Anderson <randerson@efalawfirm.com>
**Sent:** Thursday, November 15, 2018 2:36 PM
**To:** 'Janet Donovan'; 'Scott M. McPherson'
**Subject:** FW: Activity in Case 3:18-cv-14834-MAS-DEA ALTIDOR et al v. TOMS RIVER POLICE DEPARTMENT et al Notice of Hearing

**From:** njdefiling@njd.uscourts.gov [mailto:njdefiling@njd.uscourts.gov]
**Sent:** Thursday, November 15, 2018 12:05 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 3:18-cv-14834-MAS-DEA ALTIDOR et al v. TOMS RIVER POLICE DEPARTMENT et al Notice of Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2018 at 12:04 PM EST and filed on 11/15/2018
**Case Name:** ALTIDOR et al v. TOMS RIVER POLICE DEPARTMENT et al
**Case Number:** 3:18-cv-14834-MAS-DEA
**Filer:**
**Document Number:** 11

**Docket Text:**
**NOTICE of Hearing: Initial Conference set for 1/22/2018 11:00 AM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Attention Counsel: The Joint Discovery Plan is due (7) days prior to the conference. Please do not e-file. Please e-mail this document to dea_orders@njd.uscourts.gov(ce3)**

**3:18-cv-14834-MAS-DEA Notice has been electronically mailed to:**

ROBERT M. ANDERSON   randerson@efalawfirm.com, smcpherson@efalawfirm.com

THOMAS E. MONAHAN   tem@gm-law.net, ae@gm-law.net, jjm@gm-law.net

**3:18-cv-14834-MAS-DEA Notice has been sent by regular U.S. Mail:**