# ESCANDON, FERNICOLA, ANDERSON, COVELLI & McPHERSON
### ATTORNEYS AT LAW

301 Main Street, Suite 3
Allenhurst, New Jersey 07711
Tel: 732- 663-1920 • Fax: 732- 663-0011
•Reply to Allenhurst office

25 West 8th Street
Bayonne, New Jersey, 07002

204 Court House Lane, Suite 202
Toms River, New Jersey, 08753

---

ROBERT C. FERNICOLA
rfernicola@efalawfirm.com

ROBERT M. ANDERSON*†
randerson@efalawfirm.com

VICTOR M. COVELLI**
vcovelli@efalawfirm.com

SCOTT M. MCPHERSON•
smcpherson@efalawfirm.com

BERNARD P. ESCANDON
1914 – 1996

WADE T. BALDWIN
wbaldwin@efalawfirm.com
_____

MICHAEL F. O'CONNOR
OF COUNSEL

DAVID J. LABIB
OF COUNSEL

---

May 4, 2020

VIA E-FILING
Hon. Zahid N. Quarishi, U.S.M.J.
U. S. District Court
Clarkson S. Fisher Federal Bldg. & U. S. Courthouse
402 E. State Street
Trenton, NJ  08608

**Re:  Miquenel Altidor vs. Toms River Police Dept., et al**
**Case 3:18-cv-14834-MAS-DEA**
**Our File #14864**

Dear Judge Quaraishi:

Please be advised that my office represents Plaintiff, Miquenel Altidor with respect to the above captioned matter.  The fact discovery deadline expires on May 29, 2020 and it is respectfully submitted that due to the delays caused by COVID-19 that same will need to be extended.  I have conferred with my adversary and we agree that a ninety (90) day extension would be helpful. We would be glad to discuss same with Your Honor in a telephonic case management conference.

Thank you for Your Honor's time and consideration.

Very truly yours,

/s/ROBERT M. ANDERSON

RMA/crw

cc:    Thomas E. Monahan, Esq. (via e-Filing)

---

*Certified by The Supreme Court of New Jersey as a Civil Trial Attorney    **Admitted to the PA and CA Bar    • Admitted to the PA Bar    † Member of the Multi-Million Dollar Advocates Forum