UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIQUENEL ALTIDOR, individually, and MITCHNAIDINE ALTIDOR and ASHLEY ALTIDOR by their guardian ad litem, MIQUENEL ALTIDOR,<br><br>Plaintiff(s),<br><br>vs.<br><br>TOMS RIVER POLICE DEPARTMENT, TOWNSHIP OF TOMS RIVER, SGT. EDMUND MOONEY, PTL. MATTHEW CROSTA, PTL. GARRET HENSHAW, PTL. ANTHONY PACELLA, PTL. PASCEL GAMBARDELLA, et al.,<br><br>Defendant(s). | Civil Action No.: 3:18-cv-14834<br><br>**STIPULATION OF DISMISSAL AS TO MITCHNAIDINE ALTIDOR ONLY** |

It is hereby stipulated and agreed by the attorneys for the respective parties hereto, that the above captioned action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice as to Mitchnaidine Altidor <u>only</u>.

Dated: September 30, 2021

_____
Attorney for Plaintiffs
Robert M. Anderson, Esq.
Escandon, Fernicola, Anderson,
Covelli & McPherson
301 Main Street, Suite 3
Allenhurst, New Jersey 07711

_____
Attorney for Defendants
Thomas E. Monahan, Esq.
Dasti, Murphy, McGuckin, Ulaky,
Koutsouris & Connors
620 West Lacey Road
Forked River, New Jersey 08731

SO ORDERED:

_____
**Hon. Douglas E. Arpert**
**United States Magistrate Judge**